UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

TAYLOR, BEAN & WHITAKER MORTGAGE
CORP.,
_____/   Case No. 3:09-BK-07047-JAF

CERTAIN UNDERWRITERS AT LLOYD'S,
LONDON AND LONDON MARKET INSURANCE
COMPANIES THAT SUBSCRIBE TO
CERTIFICATE NOS. B0621PTAY00208,
B0621PTAY00308, SUA 2896,
B0621PTAY00207001, SUA 11239,
B0621PTAY00408, SUA 11024, SUA 2664,
P009560600, SUA 10837, SUA 2445, SUA 2387,
P009560500, P009560501, SUA 10660, SUA 2251
AND/OR P00956004,  Plaintiffs

      Adv. Pro. No. 3:10-ap-00243-JAF

    and

UNITED STATES FIRE INSURANCE COMPANY,
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA, GREAT
AMERICAN INSURANCE GROUP, and U.S.
SPECIALTY INSURANCE COMPANY,
Intervenor Plaintiffs

vs.

TAYLOR, BEAN & WHITAKER MORTGAGE
CORP., FEDERAL HOME LOAN
MORTGAGE CORPORATION, GOVERNMENT
NATIONAL MORTGAGE ASSOCIATION and
SOVEREIGN BANK, Defendants.
_____/

5707928-5

# TAYLOR, BEAN & WHITAKER MORTGAGE CORP.'S
# NOTICE OF JOINDER IN FREDDIE MAC'S MOTION TO AMEND
# THE ORDERS AND JUDGMENTS DISMISSING TBW'S COUNTERCLAIMS

Defendant/Counterclaim Plaintiff Taylor, Bean & Whitaker Mortgage Corp. ("TBW"), gives this *Notice of Joinder in Freddie Mac's Motion to Amend The Orders and Judgments Dismissing TBW's Counterclaims* ("Motion to Amend") and states:

By this joinder, TBW does *not* seek reconsideration of the *result* reached by the Court. Instead, TBW *only* seeks to avoid mischief and possible impermissible collateral attacks on prior orders of the Court and any unintended application of the Orders to the detriment of the Debtor's estate. TBW represents to the Court that a brief hearing is appropriate and respectfully requests that the Court set such a hearing before ruling.

Dated: March 5, 2015

Respectfully submitted,

*/s/ Paul Steven Singerman*
Paul Steven Singerman
Fla. Bar. No. 378860
James D. Gassenheimer
Fla. Bar No. 959987
Elaine Johnson James
Fla. Bar No. 791709
Gavin C. Gaukroger
Fla. Bar No. 76489
BERGER SINGERMAN LLP
2650 North Military Trail, Suite 240
Boca Raton, Florida  33431
Phone:  (561) 241-9500
Fax: (561) 998-0028
jgassenheimer@bergersingerman.com
ejames@bergersingerman.com
ggaukroger@bergersingerman.com
*Counsel for Defendant Taylor, Bean & Whitaker Mortgage Corp.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 5th day of March 2015, the foregoing was filed via the Court's CM/ECF Electronic Filing System and served in the manner indicated on the attached Service List.

/s/ *Elaine Johnson James*
Elaine Johnson James

**SERVICE LIST**
*Certain Underwriters at Lloyd's,
London and London Market Insurance, et al.*
Case No.: 3:10-ap-00243-JAF

| | |
|---|---|
| Denise D. Dell-Powell<br>BURR & FORMAN LLP<br>200 South Orange Avenue<br>Suite 800<br>Orlando, FL  32801<br>407-540-6607<br>407-264-6466 (Fax)<br>denise.dell-powell@burr.com<br><br>***Counsel for Plaintiffs, Certain Underwriters at Lloyd's, London and London Market Insurance Companies, et al.***<br>***(via CM/ECF Notice of Electronic Filing)*** | Scott L. Schmookler<br>Craig A. Jacobson<br>Bryan S. Chapman<br>Christopher M. Kahler<br>GORDON & REES, LLP<br>900 North Franklin, Suite 800<br>Chicago, IL  60606<br>(312) 980-6784<br>(312) 565-6511<br>sschmookler@gordonrees.com<br>Craig.jacobson@gordonrees.com<br>bchapman@gordonrees.com<br>Ckahler@gordonrees.com<br><br>***Counsel for Plaintiffs, Certain Underwriters at Lloyd's, London and London Market Insurance Companies, et al.***<br>***(via CM/ECF Notice of Electronic Filing)*** |
| Paul D. Moak<br>MCKOOL SMITH PC<br>600 Travis Street<br>Suite 7000<br>Houston, TX 77002<br>(713) 485-7302<br>Fax : (713) 485-7344<br>pmoak@mckoolsmith.com<br><br>***Counsel for Federal Home Loan Mortgage Corporation***<br>***(via CM/ECF Notice of Electronic Filing)*** | David E. Peterson<br>LOWNDES, DROSDICK, DOSTER, KANTOR<br>& Reed, P.A.<br>215 North Eola Drive<br>Orlando, FL  32801<br>407-418-6306<br>407-843-4444 (Fax)<br>David.Peterson@Lowndes-Law.com<br><br>***Counsel for Federal Home Loan Mortgage Corporation***<br>***(via CM/ECF Notice of Electronic Filing)*** |

Lloyd H. Randolph
U.S. DEPARTMENT OF JUSTICE
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875
(202) 307-0356
(202) 514-9163 (fax)
lloyd.randolph@usdoj.gov

*Counsel for Government National Mortgage Association*
*(via CM/ECF Notice of Electronic Filing)*


Soha Mody
SHAPIRO LIFSCHITZ & SCHRAM
1742 N Street, N.W.
Washington, DC  20036
Tel  202.689.1900 ext. 3034
Fax  202.689.1901
Cell 602.228.7677
mody@slslaw.com

*Counsel for Federal Home Loan Mortgage Corporation*
*(via electronic mail and first-class mail)*

Robert E. O'Neill
U.S. Attorney
THE OFFICE OF THE U.S. ATTORNEY
400 N. Tampa Street, Suite 3200
Tampa, FL 33602

*Counsel for Governmental National Mortgage Association*
*(via first-class mail only)*

Christopher Emden
Tracy J. Whitaker
J. Christopher Kohn
United States Department of Justice
1100 L Street Northwest
Room 10046
Washington, DC 20005
(202) 305-2419
(202) 514-9163 (fax)
christopher.j.emden@usdoj.gov

*Counsel for Government National Mortgage Association*
*(via CM/ECF Notice of Electronic Filing)*


Stuart F. Delery
Acting Assistant Attorney General
US DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue
Washington, D.C. 20530

*Counsel for Governmental National Mortgage Association*
*(via first-class mail only)*

Roberto Rodriguez
Assistant U.S. Attorney
THE OFFICE OF THE U.S. ATTORNEY
400 N. Tampa Street, Suite 3200
Tampa, FL 33602

*Counsel for Governmental National Mortgage Association*
*(via first-class mail only)*

Brian G. Friel
Mark E. Miller
Miles K. Karson
Murray D. Sacks
MILLER FRIEL, PLLC
2101 L Street, NW, Suite 1000
Washington, DC 20037
(202) 452-4871
(202) 315-3855 (Fax)
millerm@millerfriel.com
karsonm@millerfriel.com
frielb@millerfriel.com
sacksm@millerfriel.com

*Counsel for Defendant Sovereign Bank*
*(via CM/ECF Notice of Electronic Filing)*

Robert A. Soriano
Danielle S. Kemp
GREENBERG TRAURIG, LLP
Courthouse Plaza, Suite 100
625 East Twiggs Street
Tampa, FL 33602
813-318-5700
813-318-5900 (Fax)
Kempd@gtlaw.com
SorianoR@gtlaw.com

*Counsel for Defendant Sovereign Bank*
*(via CM/ECF Notice of Electronic Filing)*

Brian M. McKell
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP
100 SE 2nd Street, Suite 3800
Miami, FL 33131-2126
(305) 341-2247
(305) 579-0261 (fax)
brian.mckell@wilsonelser.com

*Counsel for Third-Party Defendant, National Union Fire Insurance Co. of Pittsburgh, Pa.*
*(via CM/ECF Notice of Electronic Filing)*

Glenn D. Gillett
Alicia M. Hunt
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
(202) 514-7162
(202) 307-0494 (Fax)

*Counsel for Government National Mortgage Association*
*(via first-class mail)*

Rodney Morris
US Department of Justice - Civil Div.
1100 L Street Northwest
Room 10004
Washington, DC 20005
(202) 305-1759
Fax : (202) 307-0494
rodney.morris2@usdoj.gov

*Counsel for Government National Mortgage Association*
*(via CM/ECF Notice of Electronic Filing)*

Stefan R. Dandelles
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP
55 West Monroe Street, Suite 3800
Chicago, IL 60603-5001
312-821-6146 (Direct)
312-704-1522 (Fax)
stefan.dandelles@wilsonelser.com

*Counsel for Third-Party Defendant, National Union Fire Insurance Co. of Pittsburgh, Pa.*
*(via CM/ECF Notice of Electronic Filing)*

| | |
|---|---|
| Scott A. Schechter<br>Sergio Alves<br>Joshua A. DiLena<br>KAUFMAN BORGEEST & RYAN LLP<br>200 Summit Lake Drive, 1st Floor<br>Valhalla, NY 10595<br>(914) 449-1000<br>Fax : (914) 449-1100<br>sschechter@kbrlaw.com<br>salves@kbrlaw.com<br>jdilena@kbrlaw.com<br><br>*Counsel for U.S. Specialty Insurance Company*<br>*(via CM/ECF Notice of Electronic Filing)* | Richard R. Thames<br>Bradley R. Markey<br>STUTSMAN THAMES & MARKEY, P.A.<br>50 North Laura Street, Suite 1600<br>Jacksonville, FL 32202<br>904-358-4400<br>904-358-4001 (Fax)<br>brm@stmlaw.net; rrt@stmlaw.net<br><br>*Counsel for United States Fire Insurance Company and U.S. Specialty Insurance Company*<br>*(via CM/ECF Notice of Electronic Filing)* |
| Trevor Hawes<br>COLE, SCOTT & KISSANE, P.A.<br>4686 Sunbeam Road<br>Jacksonville, FL 32257<br>904-672-4000<br>904-672-4050 (Fax)<br>Trevor.hawes@csklegal.com<br><br>*Counsel for Third-Party Defendant, Great American Insurance Group*<br>*(via CM/ECF Notice of Electronic Filing)* | John R. Riddle<br>Michael Keeley<br>STRASBURGER & PRICE, LLP<br>901 Main Street, Suite 4400<br>Dallas, Texas 75202<br>214-651-4672 Direct<br>214 651 4300  Main<br>214-659-4038 (Fax)<br>John.Riddle@strasburger.com<br>michael.keeley@strasburger.com<br>*Counsel for United States Fire Insurance Company*<br>*(via electronic mail and first-class mail)* |
| Neil M Peretz<br>Consumer Financial Protection Bureau<br>1801 L St., NW<br>Washington, DC 20036<br>(202) 435-7622<br>neil.peretz@cfpb.gov<br>*Counsel for Government National Mortgage Association*<br>*(via CM/ECF Notice of Electronic Filing)* | F. Joseph Nealon<br>Michael A. Graziano<br>ECKERT SEAMANS CHERIN<br>& MELLOT, LLC<br>1717 Pennsylvania Ave., N.W., Suite 1200<br>Washington, DC 20006<br>JNealon@eckertseamans.com<br>mgraziano@eckertseamans.com<br><br>*Counsel for Third-Party Defendant, Great American Insurance Group*<br>*(via electronic mail and first-class mail)* |